## MANUFACTURING CO. v. MANUFACTURING CO.

No. 17 PC.

Case below: 26 N.C. App. 414.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.

## MILLER v. CITY OF CHARLOTTE

No. 144 PC.

Case below: 25 N.C. App. 584.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

## MITCHELL v. K.W.D.S., INC.

No. 15 PC.

Case below: 26 N.C. App. 409.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## NELSON v. BOARD OF ALCOHOLIC CONTROL

No. 188 PC.

Case below: 26 N.C. App. 303.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 25 August 1975.

## NORRIS v. INSURANCE CO.

No. 180 PC.

Case below: 26 N.C. App. 91.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.